**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

-vs- Case No. 6:11-cr-89-Orl-31GJK

**HUD THYMAN THOMPSON**
_____

**ORDER**

This matter came before the Court on July 9, 2012, for consideration of a Report and Recommendation entered by United States Magistrate Judge Gregory J. Kelly (Doc. No. 34), after a Final Probation Revocation Hearing on a Petition for Revocation filed by the Probation Officer on March 28, 2012 (Doc. No. 26). Defendant was represented at the hearing by Larry B. Henderson, Esquire, 201 South Orange Avenue #300, Orlando, Florida. Having heard from the parties, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 34) is **ADOPTED AND APPROVED**. The Petition on Probation (Doc. No. 26) is **GRANTED**.

2. The defendant is reinstated to supervision; however, as a sanction, the previously imposed condition of supervised release of required service at the Brevard County Work Farm is modified such that, beginning no later than July 22, 2012, Defendant shall serve one day each week at the Brevard County Sheriff's Work Farm, 2955 Pluckebaum Road, Cocoa, Florida. While at the "Farm," the defendant shall abide by all the rules and regulations of the program. This requirement shall continue until Defendant's supervision terminates.

4. Defendant shall report weekly to his probation officer as to his compliance with the above modified condition of supervision and all other conditions previously imposed.

5. All conditions previously set pursuant to the judgment entered in the Eastern District of Virginia on November 9, 2006 and filed in this court on April 11, 2011 (Doc. No. 3) and the Order entered in this Court on November 16, 2011 (Doc. No. 25), except as modified herewith, shall remain in effect.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July 9, 2012.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant